# UNITED STATES DISTRICT COURT

for the

Southern District of New York

__________ Division

Case No. 26 CV 6787

(to be filled in by the Clerk's Office)

EARl WEARING

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

P.O. Jahed Hossain #28408

~~New York City Police Dept~~

The City of New York

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

RECEIVED SDNY PRO SE OFFICE 2026 AUG 12 PM 4:10

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: EARL WEARING
Address: ~~[illegible]~~ 2865 CRESTON AVE Apt. 9F
BRONX (City) NY (State) 10468 (Zip Code)
County: BRONX
Telephone Number: (917)-900-6349
E-Mail Address: totalself15@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Jahed Hossain (shield # ~~[illegible]~~ 28408
Job or Title *(if known)*: NYC Police Officer
Address: 6th Precinct 233 W 10th st
Manhattan (City) NY (State) 10014 (Zip Code)
County: ~~[illegible]~~ New York County
Telephone Number: (212) 741-4811
E-Mail Address *(if known)*: NYPD 6th Precinct

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: ~~New York City Police Department~~
Job or Title *(if known)*: ~~NYPD Police~~
Address: ~~100 Church St~~
~~New York~~ (City) ~~NY~~ (State) ~~10007~~ (Zip Code)
County: ~~New York County~~
Telephone Number: ~~212-356-2323~~
E-Mail Address *(if known)*:

☐ Individual capacity ~~☑ Official capacity~~

Defendant No. 3

Name: The City of New York

Job or Title *(if known)*:

Address: 1 Centre St Rm 1329

New York (City) NY (State) 10007 (Zip Code)

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name:

Job or Title *(if known)*:

Address:

City / State / Zip Code

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 14th Amendment Rights were violated, "unreasonable searches and seizures." Also "due process and equal protection under the law". My 8th Amendment Rights were violated, "cruel and unusual punishment"

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Police Officer Jahed Hossain #28408 arrested Plaintiff Earl Wearing, falsely and without cause. Then gave a false statement and planted false "evidence" on plaintiff to try and secure a conviction. SEE Exhibit A. NY City Police Dept is responsible for the actions of the Police Officer. & SEE Exhibit B

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The arrest was on January 22, 2026 about 1:40 pm inside 1 Washington Square North in County and State of New York

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 22, 2026 about 1:40 pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I, Earl Wearing (Plaintiff) was falsely arrested by Officer Jahed Hossain #28408, while "standing" and looking around 1 Washington Square Park. I was not told why I was being arrested. Once I arrived at the precint the Officer Jahed Hossain #28408 showed a small baggie of substance that "he" said was "cocaine" and that he got ~~it~~ from my wallet. The evidence will show I had no wallet and at "No" time during the search did he take said "BAGGIE" off my possession.

Their were two ~~[illegible]~~ individuals also arrested who ~~[illegible]~~ are also African Americans on that date

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries I sustained where, Emotional distress, Embrassment, cruel and unusal punishment, false imprisonment, racial profiling anxiety.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The plaintiff is asking the Court to award the Plaintiff $15,000.00 in Compensatory damages for the injuries stated.

The plaintiff is also asking the Court to award the Plaintiff $20,000.00 in Punitive Damages for the ~~[illegible]~~ Racial Profiling Anxieties and false statement and false evidence ~~[illegible]~~ done by Officer Jahed Hossain #28408.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 12, 2026

Signature of Plaintiff: Earl Wearing

Printed Name of Plaintiff: EARL WEARING

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

______ *City* ______ *State* ______ *Zip Code*

Telephone Number ______

E-mail Address ______

Exhibit A



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br>-against-<br>Earl Wearing (M 61),<br>Defendant. | MISDEMEANOR<br>CR-700723-26CN |

3452690

Police Officer Jahed Hossain, Shield # 28408 of the 6th Precinct, states as follows:

*The defendant is charged with:*

PL 220.03 — Criminal Possession of a Controlled Substance in the Seventh Degree (defendant # 1 : 1 count)

On or about January 22, 2026 at about 01:40 PM, inside 1 Washington Square North; in the County and State of New York, the defendant knowingly and unlawfully possessed a controlled substance;

*The factual basis for this charge is as follows:*

I recovered one clear envelope containing cocaine from the defendant's wallet.

I know that the above-mentioned envelope contained cocaine based on my professional training as a police officer in the identification of drugs, my prior experience as a police officer making drug arrests, my observation of the packaging, which is characteristic of cocaine, and my observation of the substance, namely, that it was a white powdery substance, which is characteristic of cocaine.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

P.O. [signature]
Police Officer Jahed Hossain

1/29/26
Date

1329
Time

Certificate #: U-000116333-N

Exhibit B



# NEW YORK CRIMINAL COURT

100 Centre St., New York, NY 10013

Phone: (646) 386-4500 Fax: (212) 374-5293

Court ORI: NY030033J

**NO FEE**

**Non-Public Version**

The People of the State of New York
vs.
**Earl Wearing**

**Certificate of Disposition**
Docket Number: CR-700723-26CN

CJTN: 71455845J
NYSID: 05577136K

Defendant DOB: **05/21/1964**

Arrest Date: **01/22/2026** Arraignment Date: **02/10/2026**

THIS IS TO CERTIFY that the undersigned has examined the files of the **New York Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 220.03 AM Crim Poss Contrl Subst-7th **SEALED 160.50** | AM | Dismissed, Sealed 160.50 | 05/14/2026 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **May 14, 2026**

**Chief Clerk/Clerk of the Court**

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute.
It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55, 170.56, 210.46, 210.47, or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.59 or 160.58 of the criminal procedure law, in connection with the licensing, housing, employment, including volunteer positions, or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. An individual required or requested to provide information in violation of this subdivision may respond as if the arrest, criminal accusation, or disposition of such arrest or criminal accusation did not occur. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. For purposes of this subdivision, an action which has been adjourned in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, shall not be considered a pending action, unless the order to adjourn in contemplation of dismissal is revoked and the case is restored to the calendar for further prosecution. [Executive Law 296(16)]
Charges may not be the same as the original arrest charges.
CPL 160.50: All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

**SEALED**
...suant to Section 160.50 of the CPL

New York City Comptroller
Mark Levine

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PI1-M3

# Personal Injury Claim Form

A claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC Comptroller's Office, located at 1 Centre Street, Room 1225, New York, NY 10007. The claim form must be notarized. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

TYPE OR PRINT

**I am filing:** ☑ On behalf of myself.
☐ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | EARL |
| First Name: | WEARING |
| Relationship to the claimant: | Self |

☐ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | N/A |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | WEARING |
| *First Name: | EARL |
| Address: | 2865 CRESTON AVE |
| Address 2: | Apt. 9F |
| City: | BRONX |
| State: | NEW YORK |
| Zip Code: | 10468 |
| Country: | NEW YORK |
| Date of Birth: | 5/21/1964 Format: MM/DD/YYYY |
| Soc. Sec. #: | 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 |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | 917-900-6439 |
| Email Address: | ~~[illegible]~~ ← totalself@gmail.com |
| Occupation: | SSI |

City Employee? ☐ Yes ☑ No ☐ NA

Gender ☑ Male ☐ Female ☐ Other

CENTRAL MAILING FACILITY
2026 AUG 12 PM 3:27
NEW YORK CITY COMPTROLLER BUREAU OF LAW & ADJUSTMENT

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 12 PM 4:12



*** Denotes required field(s).**

New York City Comptroller
Mark Levine

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 1/22/2026 | Format: MM/DD/YYYY |
| Time of Incident: | 1:40 pm | Format: HH:MM AM/PM |
| Dismissal Date: | 5/14/2026 | (Police related claims only) |

| | | | |
|---|---|---|---|
| *Location of Incident: | 1 Washington Square North Manhattan County of New York | Address: | N/A |
| | | Address 2: | |
| | | City: | |
| | | State: | |
| | | Borough: | |

***Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

On 1/22/2026 at 1 Washington Square Park, P.O. Jahed Hossain #28408 knowingly falsely arrested Earl Wearing without cause. Then P.O. Jahed Hossain fabricated and wrote false statements with "planted" evidence that ~~that~~ Earl Wearing did not possess. This was a malicious and deliberate attempt by P.O. Jahed Hossain in an act of "Racial profiling" to have Earl Wearing convicted of a crime he did not do.

**The items of damage or injuries claimed are (include dollar amounts):**

**Attach extra sheet(s) if more room is needed.**

The injuries sustained where emotional distress, embrassment, cruel and unusual punishment, false imprisonment and Racial Profiling.
The plaintiff Earl Wearing is asking for $15,000.xx in compensatory damages.
The plaintiff is also asking for $20,000.xx in punitive damages for Racial profiling anxieties and false statements and false evidence.

*** Denotes required field(s).**

New York City Comptroller
Mark Levine

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | Format: MM/DD/YYYY |
| Hospital/Name: | N/A |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance? ◯ Yes ◯ No ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | N/A |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | N/A |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

*** Denotes required field(s).**

New York City Comptroller
Mark Levine

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

**Witness 2 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

**Witness 3 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

**Witness 4 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

**Witness 5 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

**Witness 6 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

***Denotes required field(s).***

New York City Comptroller
Mark Levine

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

**Non-City vehicle driver**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

N/A

**Insurance Information**

Insurance Company Name:
Address
Address 2:
City:
State:
Zip Code:
Policy #:
Phone #:

N/A

**Non-City vehicle information**

Make, Model, Year of Vehicle:
Plate #:
VIN #:

N/A

**City vehicle information**

Plate #:

City Driver Last Name:
City Driver First Name:

N/A

**Description of claimant:**

- ◯ Driver
- ◯ Passenger
- ◯ Pedestrian
- ◯ Bicyclist
- ◯ Motorcyclist
- ◯ Other

***Total Amount Claimed:** $35,000.XX

*Format: Do not include "$" or ",".*

8/12/2026
Date

Earl Wearing
Signature of Claimant

SHAKISHA DAVIS
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO 03DA0051582
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 25, 2030

State of New York
County of New York

I, EARl WEARING, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day August 12, 2026

Signature of Claimant Earl Wearing

Signature of notary [signature]

** Denotes required field(s).*