UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EARL WEARING,<br><br>Plaintiff,<br><br>-against-<br><br>JAHED HOSSAIN, SHIELD #28408; THE CITY OF NEW YORK,<br><br>Defendants. | 26-CV-6787 (VSB)<br><br>**ORDER OF SERVICE** |

VERNON S. BRODERICK, United States District Judge:

Plaintiff Earl Wearing ("Plaintiff"), who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants City of New York and New York City Police Department ("NYPD") Officer Jahed Hossain, Shield #28408, (collectively, "Defendants") violated his constitutional rights. I liberally construe the Complaint, (Doc. 1), as asserting Section 1983 claims for false arrest, malicious prosecution, fabrication of evidence, and denial of equal protection. I also liberally construe the Complaint as asserting additional claims under New York law, namely, statutory claims under New York Civil Rights Law § 85 and New York City Administrative Code § 8-801, *et seq*., and common law claims of false arrest, malicious prosecution, assault, and battery. Plaintiff seeks monetary relief.

By order dated August 18. 2026, Chief Judge Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (Doc. 4.) As explained below, I request that Defendants waive service of summonses.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the assistance of the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall

issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

The Clerk of Court is respectfully directed to electronically notify the NYPD and the New York City Law Department of this Order. I also request that Defendants Jahed Hossain, Shield #28408, and City of New York waive service of summonses.

**CONCLUSION**

The Clerk of Court is respectfully directed to electronically notify the New York City Police Department and the New York City Law Department of this Order. I request that Defendants NYPD Officer Jahed Hossain, Shield #28408, and the City of New York waive service of summonses.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: August 21, 2026
New York, New York

Vernon Broderick

VERNON S. BRODERICK
United States District Judge